**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **GEORGE D. HEDRICK,**   ) | **CASE NO.  5:05CV1241** |
| )  | |
| Petitioner,   ) | |
| ) | |
| v.   ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **CHRISTINE MONEY, Warden,**   ) | |
| ) | |
| Respondent.   ) | **MEMORANDUM OPINION** |
| ) | **AND ORDER** |

On May 5, 2005, Petitioner, George D. Hedrick, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the constitutionality of his criminal conviction.  (Dkt. #1).  The case was referred to Magistrate Judge George J. Limbert pursuant to Local Rule 72.2.  (Dkt. #8).  On March 8, 2006, the Magistrate Judge recommended that this Court **GRANT** Respondent's motion to dismiss Petitioner's application for habeas corpus as untimely and **DENY** Petitioner's motion for an evidentiary hearing.  (Dkt. #13).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Petitioner has failed to timely file any such objections.  Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court

would be duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Magistrate Judge's report and recommendation (Dkt. #13) is hereby **ADOPTED** and Respondent's motion to dismiss Petitioner's § 2254 petition with prejudice is **GRANTED.** Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

**/s/ Peter C. Economus - March 28, 2006**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**